# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-2055
LT Case No. 16-2015-CF-009362-A

_____

CHARLES JAMES SKOLNICK,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Charles James Skolnick, Milton, pro se.

No Appearance for Appellee.


April 17, 2026


PER CURIAM.

   This Court previously affirmed the trial court's order denying Appellant's motion for postconviction relief arising from Duval County Circuit Court Case No. 16-2015-CF-009362-A. Because Appellant's postconviction filings in this Court related to that case appear to be repetitive, frivolous, and abusive, Appellant is cautioned that any further frivolous or abusive pro se filings in this Court arising from that circuit court case may result in sanctions,

including a prohibition against future pro se filings in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2025); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT WARNED.

WALLIS, EDWARDS, and EISNAUGLE, JJ., concur.